UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 1:24-cr-85 7 |
| v. | ) | CEA|CHS |
| | ) | |
| SHANNA NECOLE EDWARD, | ) | |
| also known as "Sis," | ) | |
| JARROD PHILLIP STEVENS, | ) | |
| also known as "Spanky," and | ) | |
| GELENA ANITA JACKSON, | ) | |
| also known as "Old Fort" | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that beginning in or about October 2020 to on or about October 12, 2022, in the Eastern District of Tennessee, the defendants, SHANNA NECOLE EDWARD, also known as "Sis," and JARROD PHILLIP STEVENS, also known as "Spanky," and others known and unknown to the Grand Jury, did combine, conspire, confederate, and agree to knowingly, intentionally, and without authority distribute, and possess with intent to distribute, 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### COUNT TWO

The Grand Jury further charges that beginning in or about October 2020 to on or about October 12, 2022, in the Eastern District of Tennessee, the defendants named in Count One of this Indictment, and GELENA ANITA JACKSON, also known as "Old Fort," and others known and unknown to the Grand Jury, did combine, conspire, confederate, and agree to knowingly, intentionally, and without authority distribute, and possess with intent to distribute, a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT THREE

The Grand Jury further charges that on or about September 13, 2022, in the Eastern District of Tennessee, the defendant, JARROD PHILLIP STEVENS, also known as "Spanky," did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FOUR

The Grand Jury further charges that on or about September 13, 2022, in the Eastern District of Tennessee, the defendant, JARROD PHILLIP STEVENS, also known as "Spanky," did knowingly and intentionally distribute a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that on or about September 19, 2022, in the Eastern District of Tennessee, the defendant, JARROD PHILLIP STEVENS, also known as "Spanky," did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SIX

The Grand Jury further charges that on or about September 27, 2022, in the Eastern District of Tennessee, the defendant, JARROD PHILLIP STEVENS, also known as "Spanky," did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SEVEN

The Grand Jury further charges that on or about September 27, 2022, in the Eastern District of Tennessee, the defendant, JARROD PHILLIP STEVENS, also known as "Spanky," did knowingly and intentionally distribute a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

The Grand Jury further charges that on or about October 6, 2022, in the Eastern District of Tennessee, the defendant, JARROD PHILLIP STEVENS, also known as "Spanky," did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT NINE

The Grand Jury further charges that on or about October 12, 2022, in the Eastern District of Tennessee, the defendant, JARROD PHILLIP STEVENS, also known as "Spanky," did knowingly and intentionally possess with intent to distribute 50 grams or more of

methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count One through Nine of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in Count One of this indictment, the defendants, **SHANNA NECOLE EDWARD, JARROD PHILLIP STEVENS and GELENA ANITA JACKSON** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

3. If any of the properties described above, as a result of any act or omission of the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

SIGNATURES ON FOLLOWING PAGE

4

A TRUE BILL.

███████████████████████
FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: *(signature)*
Tammy O. Combs
Assistant U.S. Attorney

5

Case 1:24-cr-00085-CEA-CHS    Document 1    Filed 08/27/24    Page 5 of 5    PageID #: 5